AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| CAF BRIDGE BORROWER CH, LLC, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 24cv9415 |
| SAMUEL POLLAK and ZVI HOROWITZ, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAMUEL POLLAK
9 Dr Frank Road
Spring Valley, New York 10977

ZVI HOROWITZ
20 Sands Point Road
Monsey, New York 10952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vivian M. Arias, Esq.
Holland & Knight LLP
787 Seventh Avenue, 31st Floor,
New York, New York 10019
Vivian.Arias@hklaw.com
(212) 751-3325

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: December 11, 2024

/S/ S. James
*Signature of Clerk or Deputy Clerk*

