# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Vivian M. Arias
+1 212-751-3325
Vivian.Arias@hklaw.com

> Application granted. The pre-motion conference scheduled for July 10, 2025 is adjourned to July 9, 2025 at 11:00 a.m.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 1, 2025

**Via ECF**
Hon. Philip M. Halpern
United States District Judge
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *CAF Bridge Borrower AX, LLC v. Samuel Pollak and Zvi Horowitz*
Case No. 24-cv-09415 (the "Action")

Dear Your Honor:

Our firm represents plaintiff CAF Bridge Borrower AX, LLC ("Plaintiff") in connection with the Action. By Order dated June 20, 2025 (Dkt. 34), the Court scheduled a pre-motion conference (the "Conference") regarding Plaintiff's anticipated motion to dismiss the counterclaims of defendants Samuel Pollak and Zvi Horowitz (collectively, "Defendants") for July 10, 2025 at 11:00 a.m. In accordance with Section 1(C) of Your Honor's Individual Practices in Civil Cases ("Individual Rules"), I write to respectfully request an adjournment of the Conference, because I am scheduled to be traveling by plane that day. Plaintiff respectfully proposes any other day of the week of July 7th or the week of July 14th. This is the first request for an adjournment of the Conference. I have requested the consent of Defendants' counsel to this proposed adjournment, but have not heard back.

We thank the Court for its attention to this matter.

Respectfully yours,

HOLLAND & KNIGHT LLP

*/s/ Vivian M. Arias*

Vivian M. Arias

cc: counsel of record (via ECF)

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach
#524047509_v1